# Third District Court of Appeal
## State of Florida

Opinion filed August 4, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1508
Lower Tribunal Nos. F93-18139C, F93-18141C

_____

**Tramain Smith,**
Petitioner,

vs.

**The State of Florida,**
Respondent.

A Case of Original Jurisdiction – Habeas Corpus.

Tramain Smith, in proper person.

Ashley Moody, Attorney General, for respondent.

Before EMAS, HENDON and GORDO, JJ.

PER CURIAM.

Denied.